UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-CR-20384-MARTINEZ

UNITED STATES OF AMERICA

v.

JUAN FRANCISCO RAMIREZ,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing for the defendant before the Magistrate Judge who arraigned him, immediately following said arraignment, at the request of defense counsel.

**THE MATTER** was heard in front of Magistrate Judge Marty Fulgueira Elfenbein on September 22, 2025 **[ECF No. 69]**. A Report and Recommendation was filed on September 23, 2025, recommending that the Defendant's plea of guilty be accepted **[ECF No. 72]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a _de novo_ review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 72]** of United States Magistrate Judge Marty Fulgueira Elfenbein is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Count One of the Information. Count One charges the Defendant with Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Section 1349. The Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing will be set in this matter for **Thursday, December 11, 2025, at 11:00 a.m.,** before the Honorable District Judge Jose E. Martinez, at the Wilkie D. Ferguson Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 8 day of October, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Marty Fulgueira Elfenbein
All Counsel of Record
U.S. Probation Office